UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH CARIA,

                Plaintiff,                        16 **CIVIL** 9501 (RA)

       -against-                             **JUDGMENT**

METRO- NORTH COMMUTER RAILROAD,
                Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 29, 2020, Defendant's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York
         April 30, 2020

                                                          **RUBY J. KRAJICK**
                                                      _____
                                                            **Clerk of Court**
                                      **BY:**
                                                             **Deputy Clerk**